UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Movant,<br><br>v.<br><br>THE SKYLINE AGENCY LLC and ROZA KALANTARI,<br><br>      Respondents. | No. 3:25-mc-63 |

**[PROPOSED] ORDER**

Upon consideration of the motion by Blake Lively to compel non-parties and Respondents The Skyline Agency and Roza Kalantari (the "Skyline Parties") to produce the documents withheld from their production in response to the subpoenas issued by Ms. Lively, any opposition(s) thereto, and the entire record herein, it is hereby **ORDERED** that:

1. Blake Lively's motion to compel is **GRANTED**.

2. The Skyline Parties shall produce the withheld documents within three days of the date of this Order.

**SO ORDERED.**

  Signed on _____, 2025.

               _____

**ORDER GRANTING BLAKE LIVELY'S MOTION TO COMPEL**