IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BLAKE LIVELY**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-MC-63-L** |
| | § | |
| **THE SKYLINE AGENCY LLC and ROZA KALANTARI**, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), **Movant Blake Lively's Motion to Shorten Time to Respond to Motions to Compel and to Transfer and Brief in Support** ("Motion") (Doc. 9), filed August 6, 2025, is hereby referred to United States Magistrate Judge **David Horan** for hearing, if necessary, and determination. This order of reference also prospectively refers all procedural motions that are related to the referred Motion to the United States Magistrate Judge for resolution. All future filings regarding the referred Motion shall be addressed "To the Honorable United States Magistrate Judge"—not to the district judge or court—so that filings will reach him without delay.

Local Civil Rules 72.1 and 72.2 provide that, unless otherwise directed by the presiding district judge, a party who files objections under Federal Rules of Civil Procedure 72(a) and (b)(2) to magistrate judge orders regarding pretrial nondispositive matters, or findings and recommendations on dispositive motions, may file a reply brief within 14 days from the date the response to the objections or response brief is filed. The court does not allow parties to file a reply brief with respect to magistrate judge orders or findings and recommendations, unless leave is

**Order of Reference – Page 1**

granted to file the reply brief.  The court will strike or disregard any reply brief filed in violation of this order.

**It is so ordered** this 7th day of August, 2025.

Sam A. Lindsay
United States District Judge