# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| BLAKE LIVELY,<br><br>        Movant,<br><br>v.<br><br>THE SKYLINE AGENCY LLC and ROZA KALANTARI,<br><br>        Respondents. | No. 3:25-mc-63-L |

## CERTIFICATE SERVICE

Pursuant to this Court's order [ECF No. 16] (the "Order"), the undersigned hereby certifies that on August 8, 2025, at approximately 11:23 a.m. Central Time, counsel for Movant Blake Lively served a copy of the Order on all counsel of record in the underlying litigation in the United States District Court for the Southern District of New York and on counsel for Respondents The Skyline Agency and Roza Kalantari as directed by the Court. The undersigned further certifies that a copy of Movant's Motion to Compel, Motion to Transfer, and Motion to Shorten Time were served on Respondents via the United States Post Office, certified mail return receipt requested, posted on August 6, 2025, via delivery by process server, delivered to Respondents on August 7, 2025, and via email to their counsel on August 6, 2025.

                   */s/ Samuel T. Mallick*
                   Samuel T. Mallick
                   *Attorney for Movant Blake Lively*

**CERTIFICATE OF SERVICE**                                             1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  August 8, 2025 | /s/ *Samuel T. Mallick* |// 

                          Samuel T. Mallick
Texas Bar No. 24109501
Haynes and Boone, LLP
2801 N Harwood St Suite 2300
Dallas, TX 75201
(214) 651-5962
sam.mallick@haynesboone.com

Laura Lee Prather
Texas Bar No. 16234200
Michael J. Lambert
Texas Bar No. 24128020
Haynes and Boone, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701
(512) 867-8400
laura.prather@haynesboone.com
michael.lambert@haynesboone.com

Michael J. Gottlieb (*pro hac vice*)
New York Bar No. 4424149
Kristin E. Bender (*pro hac vice*)
New York Bar No. 5513775
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC  20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan (*pro hac vice*)
Willkie Farr & Gallagher LLP
New York Bar No. 5478227
787 Seventh Avenue
New York, NY  10019
(212) 728-8904
anathan@willkie.com

*Attorneys for Movant Blake Lively*

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via CM/ECF on August 8, 2025. Notice of this filing and service will be sent in accordance with the Federal Rules of Civil Procedure.


Dated: August 8, 2025                         /s/ *Samuel T. Mallick*
                                                          Samuel T. Mallick
                                                          *Attorney for Movant Blake Lively*