IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BLAKE LIVELY, | § |
| | § |
| *Movant*, | §   No. 3:25-mc-00063-L-BN |
| | § |
| vs. | § |
| | § |
| THE SKYLINE AGENCY LLC and, | § |
| ROZA KALANTARI, | § |
| | § |
| *Respondents*. | § |

## NOTICE OF CONSENT TO TRANSFER

Pursuant to Fed. R. Civ. P. 45(f) and the Court's August 8, 2025 Electronic Order, Respondents The Skyline Agency LLC and Roza Kalantari give notice that they consent to the transfer of Blake Lively's Motion to Compel to the Southern District of New York, and that they withdraw their prior opposition to the motion.

Dated:  August 12, 2025     Respectfully submitted,

*/s/ Linda R. Stahl*
E. Leon Carter
Texas Bar No. 03914300
lcarter@carterarnett.com
Linda R. Stahl
Texas Bar No. 00798525
lstahl@carterarnett.com
Nichol M. John
Texas Bar No. 24133309
njohn@carterarnett.com
**CARTER ARNETT PLLC**
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
T: 214-550-8188 | F: 214-550-8185

**Attorneys for Respondents**

## CERTIFICATE OF SERVICE

      I hereby certify that the above document was served via the Court's electronic filing system via CM/ECF on August 12, 2025.

      */s/ Linda R. Stahl*
      Linda R. Stahl